UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GONZALEZ,<br><br>                              Petitioner,<br><br>      v.<br><br>WARDEN KELLY SANTORO,<br><br>                              Respondent. | Case No. CV 19-964-JFW (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

    Petitioner's Objections generally lack merit for the reasons set forth in the Report and Recommendation.

    Accordingly, IT IS ORDERED THAT:

    1.    The Report and Recommendation is approved and accepted;

    2.    Judgment be entered denying the Petition and dismissing this action with prejudice; and

    3.    The Clerk serve copies of this Order on the parties.

DATED: February 27, 2023

                                                  Honorable John F. Walter
                                                  UNITED STATES DISTRICT JUDGE