JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GONZALEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN KELLY SANTORO,<br><br>　　　　　Respondent. | Case No. CV 19-964-JFW (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 27, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable John F. Walter
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE